1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HABIB ABDOULAYE,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>PAMELA BONDI, et al.,<br><br>　　　　　　Respondents. | CASE NO. C26-078<br><br>ORDER |

Before the court is Petitioner Habib Abdoulaye's motion to appoint the Office of the Federal Public Defender for the Western District of Washington to represent him with respect to his 28 U.S.C. § 2241 petition for writ of habeas corpus.  (Mot. (Dkt. # 2).)  Mr. Abdoulaye seeks release from immigration detention because removal to Liberia, his former country of residence, is not reasonably foreseeable.  (*See* Petition (Dkt. # 1) at 6.)

ORDER - 1

1   Being fully advised, the court GRANTS Mr. Abdoulaye's motion (Dkt. # 2) and
2   appoints the Office of the Federal Public Defender for the Western District of
3   Washington as his counsel in this matter.
4
5   Dated this 12th day of January, 2026.

                                                    _____
                                                    JAMES L. ROBART
                                                    United States District Judge

ORDER - 2