THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| HABIB ABDOULAYE, | ) | No. CV26-00078-JLR |
| | ) | |
| Petitioner, | ) | |
| | ) | (PROPOSED) ORDER TO EXTEND |
| vs. | ) | TRAVERSE DEADLINE |
| | ) | |
| PAMELA BONDI, Attorney General of the United States, et al., | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

THE COURT has considered Petitioner Habib Abdoulaye's unopposed motion to extend the traverse deadline. Finding good cause to support an extension, the Court GRANTS the motion and ORDERS that Petitioner's traverse to Respondents' response is due February 11, 2026. The clerk is directed to RENOTE the habeas petition for February 11, 2026.

DATED this  27th day of January 2026.

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Alan Zarky*
Staff Attorney
Federal Public Defender Office
Attorney for Mr. Abdoulaye

ORDER TO EXTEND TRAVERSE DEADLINE
(*Abdoulaye v. Bondi*, No. CV26-00078-JLR) - 1