District Judge James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HABIB ABDOULAYE, | Case No. 2:26-cv-00078-JLR |
| Petitioner, | STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO RETURN AND [PROPOSED] ORDER |
| v. | |
| PAMELA BONDI, *et al.*, [1] | |
| Respondents. | Noted for Consideration: March 3, 2026. |

## <u>JOINT STIPULATION</u>

The Parties, through undersigned counsel, jointly file this stipulation asking the Court to extend the deadline for the filing of Petitioner's Traverse until March 9, 2026.

Pursuant to the Court's Scheduling Order (Dkt. 14), Petitioner's traverse is due on March 4, 2026. The Parties have agreed to extend the deadline until March 9, 2026, in order for Federal Respondents to facilitate Petitioner's removal flight.  Therefore, the Parties submit there is good cause for a brief extension of Petitioner's traverse deadline and have stipulated to extend that deadline until March 9, 2026.

---

[1] Respondent Bruce Scott is not a Federal Respondent and is not represented by the U.S. Attorney's Office.

STIPULATED MOTION FOR EXTENSION OF TIME TO
RESPOND TO RETURN AND [PROPOSED] ORDER
[Case No. 2:26-cv-00078-JLR] - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

In addition, the parties stipulate that, if Mr. Abdoulaye is not removed by the currently predicated date of March 5, 2026, he may (but need not) have additional time to respond on certain issues Specifically, he may limit his traverse solely to the issue pertaining to *Zadvydas v. Davis*, 533 U.S. 678 (2001), and that if the Court should grant the petition, Mr. Abdoulaye may file a traverse pertaining to the issues of re-detention and third-country removal within one week of the petition being granted. The parties so stipulate in order to conserve litigant and judicial resources and to accommodate Mr. Abdoulaye's counsel, who is currently on medical leave.

**SO STIPULATED.**

Dated this 3rd day of March, 2026.

Respectfully submitted,

s/ *Alixandria K. Morris*
ALIXANDRIA K. MORRIS, TX No. 24095373
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: 206-553-7970
Fax:    206-553-4067
Email: alixandria.morris@usdoj.gov

*Attorney for Federal Respondents*

I certify that this memorandum contains 204 words, in compliance with the Local Civil Rules.

s/ *Alan Zarky*
ALAN ZARKY, WSBA No. 15155
Federal Public Defender's Office
1331 Broadway, Suite 400
Tacoma, Washington 98402
Phone: 253-593-6710
Email: alan_zarky@fd.org

*Attorney for Petitioner*

STIPULATED MOTION FOR EXTENSION OF TIME TO
RESPOND TO RETURN AND [PROPOSED] ORDER
[Case No. 2:26-cv-00078-JLR] - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# [PROPOSED] ORDER

It is hereby ORDERED that the parties' motion is GRANTED. Petitioner shall file their Traverse by March 9, 2026. In addition, he may limit his traverse solely to the issue pertaining to *Zadvydas v. Davis*, 533 U.S. 678 (2001), and that if the Court should grant the petition, Mr. Abdoulaye may file a traverse pertaining to the issues of re-detention and third-country removal within one week of the petition being granted.

DATED this ___4th_____ day of __March_____, 2026.

_____
JAMES L. ROBART
United States District Judge

STIPULATED MOTION FOR EXTENSION OF TIME TO
RESPOND TO RETURN AND [PROPOSED] ORDER
[Case No. 2:26-cv-00078-JLR] - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970