UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HABIB ABDOULAYE,<br><br>                Plaintiff,<br><br>        v.<br><br>PAMELA BONDI, et al.,<br><br>                Defendants. | CASE NO. C26-0078JLR<br><br>ORDER |

On January 8, 2026, Petitioner Habib Abdoulaye filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 and request for injunctive relief.  (Pet. (Dkt. # 1).)  On January 23, 2026, the Government[1] filed a return opposing the petition.  (Return (Dkt. # 8).)  The Government represented that Immigration and Customs Enforcement, having previously obtained a travel document from Liberia for Petitioner, was working to

---

[1] Federal Respondents are United States Attorney General Pamela Bondi, United States Department of Homeland Security Secretary, United States Citizenship and Immigration Services Acting Seattle Field Office Director Laura Hermsillo (collectively, the "Government").  (Pet. at 5.)

ORDER - 1

1 | remove Petitioner to Liberia on the next available flight.  (*See id*. at 2.)  On March 9,

2 | 2026, counsel for Petitioner filed a traverse stating that Petitioner has now been removed

3 | to Liberia and requesting that the court dismiss Petitioner's petition without prejudice.

4 | (Traverse (Dkt. # 17).)  Consequently, finding that Petitioner's petition is now moot, the

5 | court DISMISSES this matter without prejudice.

  |    Dated this 13th day of March, 2026.

  |                                               JAMES L. ROBART
  |                                               United States District Judge